588

Anthony Balcunas and Eleanor Balcunas, appellants, v. Anna Zebas et al., appellees. Gen. No. 38,537.

Opinion filed April 22, 1935.
Earl J. Walker, for appellants. No appearance for appellees.
Mr. Justice Hebel delivered the opinion of the court.

Stanley Werdell, appellee, v. Walter Reczek and Katarzyna Reczek, appellants. Gen. No. 38,286.

Opinion filed April 22, 1936.
Nathan Schwartz, for appellants; Bernard Allen Fried, of counsel.
Mitchell Kilanowski, for appellee.
Mr. Justice Denis E. Sullivan delivered the opinion of the court.

John W. Keogh, appellee, v. E. J. Millspaugh, appellant. Gen. No. 38,392.

Opinion filed April 22, 1936.
Rosen, Francis & Rosen, for appellant; Frederic L. Goff, Jr., of counsel. No appearance for appellee.
Mr. Justice Denis E. Sullivan delivered the opinion of the court.

Worth Merritt, appellee, v. Morton Sand and Gravel Company et al., appellants. Gen. No. 38,455.

Opinion filed April 22, 1935. Rehearing denied May 5, 1936.
Stearns & Jones, for appellants; Lloyd M. BcBride, of counsel.
Chapman & Cutler, for appellee; Roscoe C. Nash, of counsel.
Mr. Justice Denis E. Sullivan delivered the opinion of the court.